**STATE of Missouri, Appellant,**

v.

**Vera E. JACKSON, Respondent.**

**No. WD 46963.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM:

Appeal from jury conviction for trafficking in the second degree, § 195.223, RSMo Cum. Supp.1993, and sentence of ten years imprisonment.

Affirmed. Rule 30.25(b).